# First District Court of Appeal
## State of Florida

_____

No. 1D19-27

_____

N.R., Mother of T.R. and M.J.,
Minor Children,

    Petitioner,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

April 2, 2019

PER CURIAM.

    DENIED.

WOLF, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marynelle Hardee, Gainesville, for Petitioner.

Ward L. Metzger, Appellate Counsel, Department of Children and Families, Jacksonville; Thomasina Moore, Statewide Director of Appeals, Guardian ad Litem Program, Sara E. Goldfarb, Appellate Counsel, Guardian ad Litem Program, and David A. Davis, Guardian ad Litem Program, Defending Best Interests Project, Tallahassee, for Respondent.